# United States District Court
# for the
# Eastern District of Kentucky

## Report on Person Under Supervision

Name of Person Under Supervision: Bryan Woodruff  Case Number: 7:18-CR-010-KKC-02

Name of Sentencing Judicial Officer: The Honorable Karen K. Caldwell, U.S. District Judge

Date of Original Sentence: August 26, 2019

Original Offense: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine

Original Sentence: 45 months imprisonment; 5 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: June 3, 2022

## NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 27, 2024, Woodruff reported to the probation office for a urinalysis. The sample Woodruff provided indicated it was positive for methamphetamine. Woodruff admitted to recently using methamphetamine. |

U.S. Probation Officer Action:

The undersigned believes Woodruff would benefit from remaining on supervised release. If approved by the Court, the undersigned would place Woodruff back into outpatient substance abuse treatment. Woodruff would be subject to increased substance abuse testing as well. Woodruff was warned that additional violation behaviors of this nature would result in the undersigned asking the Court to take more punitive action.

Respectfully submitted,

*Glenn Collins*

Glenn Collins
Senior U.S. Probation Officer
Date: January 8, 2025

RE: Woodruff, Bryan
    Dkt. # 7:18-CR-010-KKC-02
    <u>Report on Offender Under Supervision</u>

☒    Approved
☐    Submit a Request for Modifying the Condition or Term of Supervision
☐    Submit a Request for Warrant or Summons
☐    Other

This 8th day of January, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY