# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

Name of Offender:  Bryan Woodruff   Case Number:  7:18-CR-010-KKC-02

Register/USM Number:  22114-032

Name of Sentencing Judicial Officer:  Honorable Karen K. Caldwell, U.S. District Judge

Date of Original Sentence:  August 26, 2019

Original Offense:  Conspiracy to Distribute 50 Grams or more of a Mixture or Substance Containing Methamphetamine

Original Sentence:  45 months imprisonment, with 5 years of supervised release to follow

Type of Supervision:  Supervised Release   Date Supervision Commenced:  June 3, 2022

Assistant U.S. Attorney:  Andrew H. Trimble   Defense Attorney:  Andy Markelonis

---

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of methamphetamine |
| 2 | Use of methamphetamine |
| 3 | Commission of a crime |

RE: Woodruff, Bryan
    Dkt. # 7:18-CR-010-KKC-02
    <u>PROB 12C</u>

U.S. Probation Officer Recommendation:

☐ The term of supervision should be:

    ☐ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2025

*Glenn Collins* (signature)

Glenn Collins
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

This 21st day of January, 2025



*Karen K. Caldwell* (signature)

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY