UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No.  7:18-cr-10-KKC-EBA-2        At  Lexington        Date  February 18, 2025

USA vs Bryan Woodruff        x  present    x  custody    ___ bond    ___ OR    Age ___

PRESENT:  HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Dulce Combs | Elaine Haberer | Andrew H. Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant    Jeremy L. Clark    x  present    ___retained    x  appointed

PROCEEDINGS: **ALLOCUTION HEARING and SENTENCING ON SUPERVISED RELEASE VIOLATIONS**

The parties appeared for final hearing for Allocution as noted. The United States Probation Officer Glenn Collins was also present. The Court heard statements from the defendant and counsel. **IT IS ORDERED** as follows:

1. The Court **FINDS** that the defendant violated the terms and conditions of supervision as alleged in the Supervised Release Violation Report, dated January 21, 2025.

2. The Report and Recommendation of the United States Magistrate Judge Atkins [R. 111] is **ADOPTED** in part.  The Court **GRANTS** the request to modify the Magistrate Judge's Recommendation, giving Defendant credit for time served and sending him to impatient treatment at the direction and discretion of the U.S. probation Officer.

3. The Court **REVOKES** the defendant's supervised release.  A Revocation Judgment will be entered.

4. Defendant was orally advised of his appellate rights.

5. Defendant is remanded to the custody of the United States Marshal Service.

Copies: COR, USP, USM

Initials of Deputy Clerk  dc
TIC:   /18 min